# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:14-cv-00217-MR-DLH

| | |
|---|---|
| PIZZA INN, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| CHRISTOPHER B. MILLER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff initiated this action on August 19, 2014. [Doc. 1]. On November 18, 2014, the Clerk made an entry of default against the Defendant Christopher B. Miller. Since that date, however, the Plaintiff appears to have made no effort to prosecute the action further against this Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant. The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this action.

**IT IS SO ORDERED.**

Signed: January 21, 2015

Martin Reidinger
United States District Judge