UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

PIZZA INN, INC.,

    Plaintiff,                                             Civil Case No: 1:14-cv-217

v.

CHRISTOPHER B. MILLER,

    Defendant.

## DEFAULT JUDGMENT

IT appearing that an Entry of Default was entered in this case on November 18, 2014; that Plaintiff's claim is for a sum certain in the amount of $113,642.35; and that no answer or other pleading has been filed by Defendant Christopher B. Miller as required by law;

THEREFORE, upon request of the Plaintiff, default judgment is hereby ENTERED against the Defendant, Christopher B. Miller, as provided in Rule 55(b)(1) of the Federal Rules of Civil Procedure.

    Signed on: February 2, 2015

_____
Frank G. Johns, Clerk
United States District Court